IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| FRANK FORNARO,<br><br>                Plaintiff,<br><br>  vs.<br><br>SALLIE MAE, INC.,<br><br>                Defendant. | No. 2:13-cv-2574-HRH |

O R D E R

Case Dismissed

Based upon the stipulation of the parties,[1] filed April 28, 2014, and good cause appearing,

It is hereby ordered that this case is dismissed with prejudice, the parties to bear their own costs and attorney fees.

DATED at Anchorage, Alaska, this <u>6th</u> day of May, 2014.

                                                                         /s/ H. Russel Holland<br>
                                                                          United States District Judge

---

[1] Docket No. 13.